UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN FREEDMAN,<br>      Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT,<br>INC and DOES 1-10, inclusive,<br>      Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 4:11-CV-40158-FDS<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs, waiving all rights of appeal and with each party to bear his/its own attorneys' fees.

| STEVEN FREEDMAN,<br>By his attorney, | MIDLAND CREDIT MANAGEMENT, INC.,<br>By its attorneys, |
|---|---|
| /s/Sergei Lemberg<br>Sergei Lemberg, BBO# 650671<br>LEMBERG & ASSOCIATES LLC<br>1100 Summer Street<br>3rd Floor<br>Stamford, CT 06905<br>Tel.: (203) 653-2250<br>Fax: (203) 653-3424 | /s/ Peri K. Agulnek<br>William T. Bogaert, BBO#546321<br>Peri K. Agulnek, BBO#663865<br>WILSON, ELSER, MOSKOWITZ, EDELMAN<br>& DICKER LLP<br>260 Franklin Street, 14th Floor<br>Boston, MA 02110<br>Tel.: (617) 422-5300<br>Fax: (617) 423-6917 |

Dated: January 18, 2012

677019.1

## CERTIFICATE OF SERVICE

I, Peri K. Agulnek, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on January 18, 2012.

/s/ Peri K. Agulnek
Peri K. Agulnek

677019.1